JS 45 (11/2002)

# Criminal Case Cover Sheet                                    U.S. District Court

Place of Offense:                        Related Case Information:

City _____             Superseding Indictment _____ Docket Number/Judge __1:12CR____
County/Parish __Fairfax_____        Same Defendant _____ New Defendant __X__
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__  If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____
Defendant Name: _KURAYE TAMUNOIBI AKUIYIBO_    Alias Name(s) _a/k/a "G", a/k/a "Gerald"_
Address: _____[REDACTED]_____ Miami, FL 33131 _____
Employment: _____
Birthdate __[REDACTED]1979__ SS# __[REDACTED]0293__ Sex __M__ Race __H__ Nationality __U.S__
Place of Birth _____ Height _____ Weight _____ Hair __Blk__ Eyes __Brn__ Scars/Tattoos _____
Interpreter: ☒ No  ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody          ☐ On Pretrial Release       ☒ Not in Custody
☒ Arrest Warrant Requested          ☐ Fugitive                  ☐ Summons Requested
☐ Bond _____              ☐ Detention Sought

Defense Counsel Information:

                                                  ☐ Court Appointed
Name: _____                     ☐ Retained
Address: _____                    ☐ Public Defender
Telephone: _____                    ☐ Office of Federal Public Defender should not be appointed
                                                     due to conflict of interest
                                                  ☐ CJA attorney _____ should not be appointed
                                                     due to conflict of interest

U.S. Attorney Information:

AUSA: _Kimberly Riley Pedersen_   Telephone No: _(703) 299-3700_   Bar # _USAO_

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date: _1/24/12_           Signature of AUSA _[signature] KPedersen_

REDACTED
JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**  
City _____  
County/Parish __Fairfax_____

**Related Case Information:**  
Superseding Indictment _____ Docket Number/Judge _1:12CR_____  
Same Defendant _____ New Defendant __X_____  
Magistrate Judge Case Number_____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____  
Defendant Name: __OTASOWIE CHRISTOPHER ASUEN_____   Alias Name(s) _a/k/a "Otas", a/k/a "Gene"_____  
Address: _____  
Employment: _____  
Birthdate ____1985  SS# ____0058  Sex __M__  Race __B__  Nationality __U.S_____  
Place of Birth_____ Height_____ Weight_____ Hair __Blk__ Eyes __Brn__ Scars/Tattoos _____  
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

**Location Status:**  
Arrest Date _____  
☐ Already in Federal Custody as of _____ in_____.  
☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody  
☒ Arrest Warrant Requested   ☐ Fugitive               ☐ Summons Requested  
☐ Bond _____      ☐ Detention Sought

**Defense Counsel Information:**  
Name:_____  
Address:_____  
Telephone: _____

☐ Court Appointed  
☐ Retained  
☐ Public Defender  
☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 U.S.C. §§ 1952(a)(1), (a)(3), 371_ | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 _18 U.S.C. §§ 1952(a)(2), 2_ | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 _18 U.S.C. §§ 924(c)(1)(A)(ii), 2_ | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: _1/24/12_   Signature of AUSA _K Pedersen_

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

Place of Offense:  
City_____  
County/Parish__Fairfax_____

Related Case Information:  
Superseding Indictment _____ Docket Number/Judge _1:12CR_____  
Same Defendant _____ New Defendant __X_____  
Magistrate Judge Case Number_____  
Search Warrant Case Number _____  
R 20/R 40 from District of_____

Defendant Information:

Juvenile -- Yes _____ No __X____ If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____  
Defendant Name:__ALAFAKA PATIENCE OPUIYO_____   Alias Name(s)  a/k/a "Amy", a/k/a "Tracy"  
Address: _____  
Employment: _____  
Birthdate___▮▮▮▮_1980_ SS#__▮▮▮▮_3642_ Sex__F___ Race__B___ Nationality___U.S_____  
Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn___ Scars/Tattoos _____  
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:  
Arrest Date _____  
☐ Already in Federal Custody as of _____ in_____.  
☐ Already in State Custody       ☐ On Pretrial Release        ☒ Not in Custody  
☒ Arrest Warrant Requested       ☐ Fugitive                   ☐ Summons Requested  
☐ Bond _____    ☐ Detention Sought

Defense Counsel Information:

Name:_____  
Address:_____  
Telephone: _____

☐ Court Appointed  
☐ Retained  
☐ Public Defender  
☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___  Telephone No: __(703) 299-3700____  Bar #__USAO__

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation_____

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: _1/24/12_     Signature of AUSA _KPedersen_

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City _____

County/Parish __Fairfax__

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge __1:12CR_____

Same Defendant _____ New Defendant __X_____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____

Defendant Name: __NASSIM TABATABAI_____   Alias Name(s) __a/k/a "Naz"_____

Address: _____[REDACTED]_____New York, NY _____

Employment: _____

Birthdate __[REDACTED] 1979__ SS# __[REDACTED] 1895__ Sex __F__ Race __W__ Nationality __U.S_____

Place of Birth_____ Height_____ Weight_____ Hair __Brn__ Eyes __Brn__ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody       ☐ On Pretrial Release       ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive                   ☐ Summons Requested

☐ Bond _____     ☐ Detention Sought

**Defense Counsel Information:**

Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

__Special Agent David M. DeFilippis - Federal Bureau of Investigation__

**U.S.C. Citations:**

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1957(a) | Money Laundering | 8 | Felony |

Date: __1/24/12__       Signature of AUSA __KPedersen__

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City _____

County/Parish __Fairfax__

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge __1:12CR_____

Same Defendant _____ New Defendant __X__

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____

Defendant Name: __JENNIFER CHIRCHILL_____   Alias Name(s) __a/k/a "Jennifer Nukul"_____

Address: _____ Irvine, CA 92612

Employment: _____

Birthdate ____1983   SS# ____1683   Sex __F__   Race __W__   Nationality __U.S_____

Place of Birth _____ Height _____ Weight _____ Hair __Brn__ Eyes __Brn__ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Bond _____   ☐ Detention Sought

**Defense Counsel Information:**

Name: _____

Address: _____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: __1__

| | Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: __1/24/12__     Signature of AUSA __K. Pedersen__

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**                                **Related Case Information:**

City_____         Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish __Fairfax_____         Same Defendant _____ New Defendant ____X____
                                                                      Magistrate Judge Case Number_____
                                                                      Search Warrant Case Number _____
                                                                      R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____

Defendant Name: __KIANA CHERRIE MCKELVIN__           Alias Name(s)  a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate ▊▊1980   SS# ▊▊0575   Sex _F_   Race _W_   Nationality __U.S_____

Place of Birth_____ Height_____ Weight_____ Hair __Blk___ Eyes __Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody          ☐ On Pretrial Release          ☒ Not in Custody

☒ Arrest Warrant Requested       ☐ Fugitive                              ☐ Summons Requested

☐ Bond _____         ☐Detention Sought

**Defense Counsel Information:**

Name:_____       ☐ Court Appointed
Address:_____         ☐ Retained
Telephone: _____         ☐ Public Defender
                                                                      ☐ Office of Federal Public Defender should not be appointed
                                                                            due to conflict of interest
                                                                      ☐ CJA attorney _____ should not be appointed
                                                                            due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: _(703) 299-3700_   Bar # _USAO___

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_          Signature of AUSA  K Pedersen