IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

JAN 25 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CRIMINAL NO. 1:12CR038 |
| | ) | |
| KURAYE TAMUNOIBI AKUIYIBO, | ) | Count 1 |
| (a/k/a "G") | ) | Conspiracy to Commit Money Laundering |
| (a/k/a Gerald) | ) | 18 U.S.C. § 1956(h) |
| (Counts 1-7; 9-10) | ) | |
| | ) | Count 2 |
| OTASOWIE CHRISTOPHER ASUEN, | ) | Conspiracy to Travel/Use Interstate Facilities |
| (a/k/a Otas) | ) | in Aid of Racketeering Enterprises |
| (a/k/a Gene) | ) | 18 U.S.C. §§ 1952(a)(1), 1952(a)(3), 371 |
| (Counts 2, 5-7) | ) | |
| | ) | Counts 3, 5-6 |
| ALAFAKA PATIENCE OPUIYO, | ) | Interstate Travel/Use of Interstate Facilities in |
| (a/k/a Amy) | ) | Aid of Racketeering Enterprises |
| (a/k/a Tracy) | ) | 18 U.S.C. §§ 1952(a)(2), 2 |
| (Counts 1-2; 9-10) | ) | |
| | ) | Counts 4, 7 |
| NASSIM TABATABAI, | ) | Use and Carry a Firearm During and In |
| (a/k/a Naz) | ) | Relation to a Crime of Violence |
| (Counts 1-2; 8) | ) | 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 |
| | ) | |
| JENNIFER CHURCHILL, | ) | Count 8 |
| (a/k/a Jennifer Nukul) | ) | Money Laundering |
| (Count 2) | ) | 18 U.S.C. § 1957(a) |
| | ) | |
| KIANA CHERRIE McKELVIN, | ) | Counts 9-10 |
| (a/k/a Vicky) | ) | Interstate Travel in Aid of Racketeering |
| (Count 2) | ) | Enterprises |
| | ) | 18 U.S.C. §§ 1952(a)(1), 2 |
| Defendants. | ) | |
| | ) | Forfeiture |
| | ) | 18 U.S.C. §§ 981, 982, 2461 |

**ORDER TO SEAL**

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, arrest warrants, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the indictment, arrest warrants, Motion to Seal, and this Order be sealed until the defendants are arrested.

Date: January 25, 2012
Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge