AO 442 (Rev. 01/09) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JAN 2 6 2012

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KIANA CHERRIE McKELVIN (a/k/a Vicky) | ) ) ) | Case No. 1:12-CR-038 |
| Defendant | ) | |

**FILED UNDERSEAL**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KIANA CHERRIE McKELVIN, a/k/a Vicky ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to travel/use interstate facilities in aid of racketeering enterprises in violation of 18 U.S.C. §§ 952(a)(1), 1952(a)(3), 371.

Date:   01/25/2012

*Jacina Creatham*
Issuing officer's signature

City and state:   Alexandria, VA

Teresha Creatham, Deputy Clerk
Printed name and title

---

### Return

This warrant was received on *(date)* 01/25/2012 , and the person was arrested on *(date)* 01/26/2012
at *(city and state)* ARLINGTON, VIRGINIA .

Date: 1/26/2012

*[signature]*
Arresting officer's signature

SHIRLEY M. O'DONNELL SPECIAL AGENT,
Printed name and title      FBI