IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number _1:12-cr-00038-LMB_ , Case Name _USA v. Akuiyibo et al_

Party Represented by Applicant: _Kuraye Tamunoibi Akuiyibo_

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _PAULA XINIS_
Bar Identification Number _199801080025_      State _Maryland_
Firm Name _Muryphy & Falcon, P.A._
Firm Phone # _410.539.6500_            Direct Dial # _410.951.8812_            FAX # _410.539.6599_
E-Mail Address _Paula.Xinis@murphypa.com_
Office **Mailing** Address _One South Street, Suite 2300, Baltimore, MD 21202_

Name(s) of federal court(s) in which I have been admitted _U.S. Court of Appeals - Fourth Circuit, U.S. District Court - MD_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _×_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/S/ Paula Xinis
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/S/ Pat Munroe Woodward, Jr.                           2/10/2012
(Signature)                                            (Date)
Pat Munroe Woodward, Jr.                               32436
(Typed or Printed Name)                                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _✓_ *or* Exemption Granted _____

The motion for admission is GRANTED _✓_ *or* DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

February 13, 2012
(Date)