IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) 1:12cr38(LMB) |
| OTASOWIE CHRISTOPHER ASUEN, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in open court, defendant's Appeal of Magistrate's Detention Order [Dkt. No. 51] is DENIED, and it is hereby

ORDERED that defendant be and is DETAINED until further order of this Court.

The Clerk is directed to forward copies of this Order to counsel of record, United States Pretrial Services, and the United States Marshals Service.

Entered this 16th day of February, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge