IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                          ) | CRIMINAL NO. 1:12CR038 |
| ) | |
| KURAYRE TAMUNOIBI AKUIYIBO,    ) | Trial Date: June 18, 2012 |
| NASSIM TABATABAI,                              ) | Motions Hearing: June 6, 2012 |
| JENNIFER CHURCHILL,                          ) | |
| Defendants.                    ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE RESPONSES TO PRETRIAL MOTIONS

The United States Attorney, through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Kimberly R. Pedersen and Patricia Haynes, Assistant United States Attorneys, hereby moves this Honorable Court to extend the deadline for the government's response to pretrial motions from April 12, 2012, to April 23, 2012. Counsel for the three defendants who filed pretrial motions have indicated they do not oppose this request. In support of its request, the government represents as follows:

1. The motions hearing is scheduled for June 18, 2012.[1]

2. Defense motions originally were due on March 19, 2012, but that deadline was extended to April 2, 2012.

3. Three of the defendants filed motions on April 2, 2012. The government's response is currently due on April 12, 2012.

---

[1] Defendant Jennifer Churchill has noticed the hearing on her Motion for a Bill of Particulars for April 27, 2012. All other motions remain scheduled for June 18, 2012.

4. Undersigned counsel will be out of the office from April 6th - April 16th. Due to the number of motions filed, it would be difficult for a single government counsel to respond to all of the motions.

5. The government submits that because the motions hearing is set for June 6, 2012, this requested extension of the government's response date will not affect the ability of defense counsel to prepare for the motions hearing, nor will it impede the Court's ability to review the pleadings prior to the hearing.

Wherefore, based on the foregoing, the government respectfully requests that this Honorable Court grant its request and extend the date for its response to pretrial motions until April 23, 2012.

                Respectfully submitted,

                Neil H. MacBride
                United States Attorney

By:      /s/
                Patricia Haynes
                Assistant United States Attorney
                United States Attorney's Office
                2100 Jamieson Avenue
                Alexandria, VA 22314
                (703) 299-3724
                Fax (703) 739-9556
                Patricia.haynes@usdoj.gov
                VA Bar No. 49038

Certificate of Service

      I hereby certify that on April 4, 2012, I electronically filed a copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification to all parties.

                                                /s/
                                      Patricia Haynes
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      2100 Jamieson Avenue
                                      Alexandria, VA 22314
                                      (703) 299-3724
                                      Fax (703) 739-9556
                                      Patricia.haynes@usdoj.gov
                                      VA Bar No. 49038