RECEIVED 9755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2012 APR 19 A 10:31

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 1:12-CR-038 |
| ) | |
| KURAYE TAMUNOIBI AKUIYIBO, et al. ) | |
| ) | |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 18th day of June, 2012, then and there to testify on behalf of the United States:

_____20 Blank Subpoenas_____

This 19th day of April, 2012.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: /s/ Kimberly R. Pedersen
Kimberly Riley Pedersen
Assistant United States Attorney

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| KURAYE TAMUNOIBI AKUIYIBO, et al. | ) | Case No. | 1:12-CR-038 |
| | ) | | |
| Defendant | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: 600 - Hon. Leonie M. Brinkema |
|---|---|---|
| | | Date and Time: June 18, 2012 - 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 04/19/2012

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America** _____, who requests this subpoena, are:

Kimberly Riley Pedersen
Assistant United States Attorney
2100 Jamieson Avenue, Alexandria, VA 22314
Kimberly.Riley.Pedersen@usdoj.gov
(703) 299-3700