## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA    )
    **Plaintiff**    )    Case No.:    **1:12 CR038**
v.    )
    )
    )
**KIANA MCKELVIN**    )
    **Defendant.**    )
    )

### ORDER OF SUBSTITUTION

Would the Clerk of Court kindly take notice that Attorney John A. Boneta & Associates will be representing Kiana McKelvin, in place of Tassy Denise for the Defendant in action.

WE ASK FOR THIS:

JUDGE

_____

John A. Boneta & Associates
258 N. Washington Street
Falls Church, Virginia 22046
Telephone: (703) 536-6166
Facsimile: (703) 536-3296
Substitute Counsel for Defendant

Kiana McKelvin    Date
Defendant

_____

Tassy Denise
401 Wythe Street
Alexandria, VA 22314

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via e-mail to Assistant United States Attorney, Kimberly Riley Pedersen, this ___ day of _____, 2012, Kimberly.Riley.Pedersen@usdoj.gov.

_____

John A. Boneta & Associates, PLLC