UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

FILED
IN OPEN COURT

MAY 16 2012

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA  )
                          )
        v.                )    NO. 1:12CR38
                          )
KURAYE TAMUNOIBI AKUIYIBO, )
                          )
        Defendant.        )

## CRIMINAL INFORMATION

## COUNT 1

## VIOLENT CRIME IN AID OF RACKETEERING ACTIVITY

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this information:

1.      The defendant, KURAYE TAMUNOIBI AKUIYIBO, together with other persons, known and unknown, were members and associates of a criminal organization known as Classy DC Escorts. Classy DC Escorts, including its members and associates, constituted an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. A primary purpose of the enterprise was to earn money for its members and associates through the operation of a prostitution business and promoting and enhancing the enterprise and its members' and associates' activities.

2.      The above-described enterprise, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1),

namely acts indictable under Title 18, United States Code, Section 2421 (Mann Act), Title 18, United States Code, Section 1952 (Travel Act) and Title 18, United States Code, Section 1957 (money laundering).

3.     In and around September 2010, in the Eastern District of Virginia and elsewhere, for the purpose of maintaining and increasing position in Classy DC Escorts, an enterprise engaged in racketeering activity, the defendant, KURAYE TAMUNOIBI AKUIYIBO, unlawfully and knowingly assaulted Kobla Fiagbedzi with a dangerous weapon in violation of *D.C. Code*, Section 22-402.

(All in violation of Title 18, United States Code, Section 1959(a)(3)).

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *Kimberly R. Pedersen*

Kimberly R. Pedersen
Assistant United States Attorney
Patricia Haynes
Assistant United States Attorney