```
                                                                    1

                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION

    UNITED STATES OF AMERICA         .   Criminal No. 1:12cr38-1
                                     .
         vs.                         .   Alexandria, Virginia
                                     .   May 11, 2012
    KURAYE TAMUNOIBI AKUIYIBO,       .   9:15 a.m.
    a/k/a "G," a/k/a Gerald,         .
                                     .
                 Defendant.          .
                                     .
    . . . . . . . . . . . .

                       TRANSCRIPT OF MOTIONS HEARING
                  BEFORE THE HONORABLE LEONIE M. BRINKEMA
                      UNITED STATES DISTRICT JUDGE

    APPEARANCES:

    FOR THE GOVERNMENT:          PATRICIA M. HAYNES, AUSA
                                 KAREN L. TAYLOR, AUSA
                                 United States Attorney's Office
                                 2100 Jamieson Avenue
                                 Alexandria, VA 22314



    FOR THE DEFENDANT:           JOHN K. ZWERLING, ESQ.
                                 STUART A. SEARS, ESQ.
                                 Zwerling, Leibig & Sears, P.C.
                                 114 North Alfred Street
                                 Alexandria, VA 22314




    OFFICIAL COURT REPORTER:     ANNELIESE J. THOMSON, RDR, CRR
                                 U.S. District Court, Fifth Floor
                                 401 Courthouse Square
                                 Alexandria, VA 22314
                                 (703)299-8595


                          (Pages 1 - 5)



              COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

                                                                2

1                     P R O C E E D I N G S

2                        (Defendant present.)

3            THE CLERK:  Criminal Case 12-38, United States of

4    America v. Kuraye Tamunoibi Akuiyibo.  Would counsel please

5    note their appearances for the record.

6            MS. HAYNES:  Good morning, Your Honor.  Patricia

7    Haynes and Karen Taylor on behalf of the United States.  Your

8    Honor, Ms. Taylor will be addressing this matter today.

9            THE COURT:  All right.

10           MR. SEARS:  Good morning, Your Honor.  Stuart Sears

11   and John Zwerling on behalf of Mr. Akuiyibo, who is present.

12           THE COURT:  Good morning.

13           All right, now, this matter comes on the defendant's

14   motion concerning the administrative forfeiture efforts that

15   are going on by the FBI of certain property.  As I understand

16   it, two of the items, the two vehicles, I believe, that are

17   part of that administrative process are also subject to the

18   indictment pending against the defendant.  Is that correct?

19           MS. HAYNES:  Yes, Your Honor.

20           THE COURT:  Ms. Taylor?  All right.

21           And then there's some jewelry, there is some other

22   property that is not included in the indictment that is also

23   subject to the forfeiture proceeding, the administrative

24   proceeding; is that correct?

25           MS. TAYLOR:  Yes, Your Honor, that is my

1  understanding.  It's also my understanding that a claim has now
2  been filed, and so once that claim has been filed, generally I
3  don't have a problem with a stay.
4          There's -- I'm not sure there's any reason to agree
5  to a stay at this point, because once they make that claim, I
6  then have 90 days to file a civil forfeiture complaint.  I
7  think this case is going to be resolved before that time period
8  even goes by, so, you know, as a practical matter, that's sort
9  of where we are, Your Honor.
10         THE COURT:  All right.  Mr. Sears, let me hear from
11 you.
12         MR. SEARS:  Well, as usual, Your Honor, Ms. Taylor is
13 correct.  We have --
14         THE COURT:  You're on the record having said that.
15         MS. TAYLOR:  Thank you.
16         MR. SEARS:  And we have filed a claim, Your Honor.  I
17 was hoping to avoid that, because I think it raises due process
18 concerns, which is why the civil forfeiture statute has a
19 specific provision.
20         THE COURT:  It was a very interesting motion.  I
21 mean, when you look at the case law, there really hasn't been
22 much discussion, if any, truly by a court of this particular
23 situation where there's an administrative forfeiture proceeding
24 that gets started.
25         There's plenty of stuff about once there's a civil

4

1  action, but rather than having an interesting intellectual
2  discussion today, we don't need to spend our time doing that.
3  As a practical matter, what I was going to do had the
4  government not basically agreed to a stay is I was going to
5  stay it anyway and also hold that any statements or admissions
6  that might have been made by your client in having to file for
7  the administrative -- to protect himself administratively I
8  would bar from being used in the criminal case.
9        I think requiring a person who is under criminal
10 charges to have to file something in an administrative
11 proceeding that involves some of the same property that is at
12 issue in the indictment creates a horrible situation that I
13 just don't believe due process would permit to go forward.
14       MR. SEARS:  Thank you, Your Honor.
15       THE COURT:  But that's really all just moot at this
16 point, because as a practical matter, I'm going to grant the
17 motion to stay.
18       MR. SEARS:  Thank you, Judge.  And just so you're
19 aware, I did preserve that objection in my claim.  I cited the
20 Fifth Amendment and *Simmons*, saying that we objected that we
21 had to do that, so it's been preserved in that proceeding as
22 well.
23       THE COURT:  All right.  But it looks as though
24 there's not going to be an issue.
25       Now, let me just again alert you-all I'm not

5

1  available the last two weeks of May.  If this case has been or
2  is going to be resolved, you've got next week to schedule
3  something or in June, but I'm coming right back right now to a
4  trial, so getting it scheduled the first week I'm back could be
5  difficult.  I'm just letting you know for planning purposes,
6  since I know the trial is looming on the horizon, all right?
7           MR. SEARS:  We appreciate that, Your Honor.
8           THE COURT:  Anything further on this case?
9           MS. HAYNES:  No, Your Honor.
10          THE COURT:  No?  The defendant is remanded.  We'll
11 recess court until 10:00.
12                    (Which were all the proceedings
13                     had at this time.)
14
15                CERTIFICATE OF THE REPORTER
16   I certify that the foregoing is a correct transcript of
17 the record of proceedings in the above-entitled matter.
18
19
20                              _____/s/_____
                                   Anneliese J. Thomson
21
22
23
24
25

Anneliese J. Thomson  OCR-USDC/EDVA  (703)299-8595