FILED
IN OPEN COURT

JUN - 6 ...

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:12CR38 |
| v. | ) | |
| | ) | Count 1: |
| OTASOWIE CHRISTOPHER ASUEN, | ) | Conspiracy to Commit Money Laundering |
| | ) | 18 U.S.C. § 1956(h) |
| Defendant. | ) | |

## CRMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

#### Conspiracy to Commit Money Laundering

Beginning in and around 2009, and continuing through on or about January 25, 2012, in the Eastern District of Virginia and elsewhere, including the District of Columbia and Maryland, the defendant, OTASOWIE CHRISTOPHER ASUEN, did knowingly combine, conspire, confederate, and agree with Alafaka Patience Opuiyo, K.F., and other persons to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, specifically:

(a) to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, prostitution, in violation of Title 18, United States Code, Section 2421 (Mann Act) and interstate travel and use of interstate facilities in aid of racketeering enterprises, in violation of 1952 (a)(2) (Travel Act), with the intent to promote the carrying on of specified unlawful activity, that is, a business enterprise involving prostitution offenses, in violation of Title 18, United States Code,

Section 2421 (Mann Act), and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

(In violation of Title 18, United States Code, Section 1956(h))


NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*/s/ Patricia Haynes*

Kimberly R. Pedersen
Assistant United States Attorney
Patricia Haynes
Assistant United States Attorney