Date: 6/6/12   Judge: O'Grady   Reporter: Linnell
Time: 9:35   To 10:00
Interpreter: _____
Language: _____
Prob/Pretrial Ofc present: _____
Prob. Email: _____
Jury Email: _____

UNITED STATES of AMERICA
Vs.

Otasowie Christopher Asuen
**Defendant's Name**

1:12cr38 (2)
**Case Number**

Nina Ginsberg
**Counsel for Defendant**

Pat Haynes / Kim Pedersen
**Counsel for Government**

**Matter called for:**
( ) Motions            ( ) Setting Trial Date     (X) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment        ( ) Appeal from USMC       ( ) Sentencing              ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.             ( ) Pre-Indictment Plea     ( ) Other: _____

Defendant appeared: (v) in person     ( ) failed to Appear
                    (v) with Counsel  ( ) without counsel     ( ) through counsel

**Arraignment:**
( ) WFA  (v) FA  (v)PG  ( )PNG   Trial by Jury: ( ) Demanded  ( ) Waived
_____ Days to file Motions with Argument on _____ at _____
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status

**Plea/Plea & Sentencing:**
Filed in open court:
(v) Criminal Information (v) Plea Agreement (v) Statement of Facts (v) Waiver of Indictment ( ) Discovery Order
Defendant entered Plea of Guilty as to Count(s) _1_ (v)Criminal Information (v) Indictment (ct 2)
Court accepts plea (v)Yes ( )No -----Guilty as to Count(s) 1 & 2
Motion for Dismissal of Count(s) 5, 6, 7 (Indictment)(v) by U.S. ( ) by Deft. is GRANTED.
(v) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes   ( ) No **** Defendant directed to cooperate with USPO for PSI ( )
Case continued to  8/31/12  at  9:00  for: ( ) Jury Trial ( ) Bench Trial (v) Sentencing ( ) Status
Dft committed to custody of the US Atty General to serve a term of :_____ Months; _____ Years-Supervised Release

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted   ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of :_____ Months; ( ) Supervised Release terminated

Forfeiture Order filed & entered in open court

Bond Set at: $_____  ( ) Unsecured   ( ) Surety   ( ) Personal Recognizance
( ) Release Order Entered  (X) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is: (X) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance

4/12