IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
) Criminal No. 1:12-CR-038 (LMB)
v. )
) Trial Date: June 18, 2012
JENNIFER CHURCHILL, )
) The Honorable Leonie M. Brinkema
Defendant. )

**GOVERNMENT'S TRIAL EXHIBITS**

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, Kimberly R. Pedersen, and Patricia Haynes, Assistant United States Attorneys, hereby submits its list of exhibits.

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| | **EMAILS - 2008** | | |
| 1 | 01/21/08 Email<br>The SiteMaker Team - Subscription - to Jennifer Nukul<br>Your SiteMaker Subscription | | |
| 2 | 04/05/08 Email<br>Damir1010@gmail.com to Jennifer Nukul<br>Important Notice Regarding Your Domain Name | | |
| 3 | 11/28/08 Email<br>Damir K to Jennifer Nukul<br>Thank God its over | | |
| 4 | 11/30/08 5:20 Email<br>Kim Kimora to Jennifer Nukul<br>What do you think? | | |
| 5 | 11/30/08 9:40 Email<br>Kim Kimora to Jennifer Nukul<br>Please do this for me | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 6 | 11/30/08 11:04 pm<br>Kim Kimora to Jennifer Nukul<br>This is Kimora | | |
| 7 | 12/23/08 Email<br>Kim Kimora to Jennifer Nukul<br>Kimora Change #2 | | |
| | **EMAILS - 2009** | | |
| 8 | 01/03/09 Email<br>Damir1010@gmail.com to asianbeauty-scarlet@hotmail.com | | |
| 9 | 01/04/09 Email<br>Kim Kimora to Jennifer Nukul<br>I am in Vegas! | | |
| 10 | 01/28/09 Email<br>Damir K to Jennifer Nukul<br>Mya's Info | | |
| 11 | 01/31/09 Email<br>Jennifer Nukul to Classy Creole6969<br>Your Website | | |
| 12 | 02/05/09 Email<br>Jennifer Nukul to thevegasangel@gmail.com<br>EROS | | |
| 13 | 03/10/09 Email<br>Christine (meetchristinesavage@gmail.com) to Jennifer Nukul<br>Website Design for an escort | | |
| 14 | 04/14/09 Email<br>Kaylani Thai to Jennifer Nukul<br>Changes | | |
| 15 | 04/17/09 10:43 Email<br>Kaylani Thai to Jennifer Nukul<br>Changes | | |
| 16 | 04/17/09 11:10 Email<br>Jennifer Nukul to Kaylani Kisses<br>Changes | | |
| 17 | 07/08/09 Email<br>Sonya Lopez to Jennifer Nukul<br>Your banner | | |
| 18 | 10/03/09 Email<br>Jennifer Nukul to Kimora Yukihiro<br>Banners | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 19 | 10/12/09 Email<br>Kimora Yukihiro to Jennifer Nukul<br>Need help with website | | |
| 20 | 10/31/09 Email<br>Jennifer Nukul to Kimora<br>Thank you! | | |
| 21 | 11/11/09 Email<br>Jennifer Nukul to Kimora Yukihiro<br>Hi. Jennifer. | | |
| 22 | 11/12/09 Email<br>Damir K Photo to Derrick Wimbush<br>Photos | | |
| 23 | 12/07/09 Email<br>classydcescorts@yahoo.com to Damir K<br>Pics to edit, plssssss | | |
| 23A | 12/08/09 4:39 am Email<br>Jennifer Nukul to classydcescorts@yahoo.com<br>Your Edits | | |
| 24 | 12/08/09 9:20 am Email<br>Classydc@yahoo.com to<br>Jennifernukul@gmail.com<br>Edits | | |
| | **EMAILS - 2010** | | |
| 25 | 02/01/10 Email<br>Kimora Yuki to Jennifer Nukul<br>Hi. Jennifer. | | |
| 26 | 02/11/10 Email<br>Jennifer Nukul to model.elite@yahoo.com<br>Retouch Picts | | |
| 27 | 02/12/10 Email<br>Sonya Lopez to Jennifer Nukul<br>New Pics for Website Update | | |
| 28 | 02/15/10 Email<br>Derrick Wimbush to Jennifer Nukul<br>Kristie's Pictures | | |
| 29 | 02/16/10 Email<br>model.elite@yahoo.com to Jennifer Nukul<br>Pics Again | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 30 | 02/17/10 Email<br>Mcneal AG to Kfiagbedzi@gmail.com<br><br>2/17/10 Email Message Forwarded from Mcneal AG to Jennifer Nukul<br>Macy's Pics | | |
| 31 | 02/26/10 Email<br>prestigecompanions@gmail.com to model.elite@yahoo.com<br>Hey | | |
| 32 | 03/06/10 Email<br>model.elite@yahoo.com to Jennifer Nukul<br>Pics Again | | |
| 33 | 03/08/10 Email<br>Damir K. Photo to classydc@yahoo.com<br>Sorry | | |
| 34 | 03/18/10 Email<br>Jennifer Nukul to model.elite@yahoo.com<br>Zipped Photos of Anna Belle | | |
| 35 | 03/27/10 Email<br>Jennifer Nukul to Sonya Lopez<br>Site | | |
| 36 | 05/06/10 Email<br>Jennifer Nukul to model.elite@yahoo.com<br>Hey | | |
| 37 | 05/10/10 Email<br>Jennifer Nukul to Model Elite<br>Hey | | |
| 38 | 05/10/10 Email<br>Jennifer Nukul to Kimora Yukihiro<br>Hi! Jennifer | | |
| 39 | 05/12/10 Email<br>Model Elite to Jennifer Nukul<br>Hey | | |
| 40 | 06/28/10 Email<br>Model Elite to Jennifer Nukul<br>Payment | | |
| 41 | 07/02/10 Email<br>Jennifer Nukul to Perfect Ten<br>last 2 | | |
| 42 | OMITTED | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 43 | 11/14/10 Email<br>Jennifer Nukul to Mcneal AG<br>Charissa's Pics | | |
| 44 | 12/01/10 Email<br>jennifernukul@gmail.com to<br>prestigecompanions@gmail.com<br>Better? | | |
| 45 | 12/17/10 Email<br>Jennifer Nukul to Model Elite<br>Work | | |
| | **EMAILS - 2011** | | |
| 46 | 01/08/11 6:25 pm Email<br>prestigecompanions@gmail.com to Jennifer Nukul<br>Ayelisa's Pics | | |
| 47 | 01/30/11 22:49:20 Email<br>Jennifer Nukul to Perfect Ten Models<br>By the way | | |
| 48 | 02/01/11 Email<br>Jennifer Nukul to prestigecompanions@gmail.com | | |
| 49 | 02/02/11 Email<br>Jennifer Nukul to Model Elite<br>Work | | |
| 50 | 02/15/11 Email<br>jennifernukul@gmail.com to Mcneal AG<br>Last Ones | | |
| 51 | 02/22/11 Email<br>Jennifer Nukul to prestigecompanions@gmail.com<br>Angelina's 3rd Pics | | |
| 52 | 03/09/11 Email<br>Jennifer Nukul to Mcneal AG<br>Bailey's Prelim Pics<br>(US08218-19) | | |
| 53 | 05/12/11 Email<br>Jennifer Nukul to Mcneal AG<br>Sasha's Pics | | |
| 54 | 06/09/11 Email<br>Jennifer Nukul to Mcneal AG | | |
| 55 | 9/16/11 Email<br>Jennifer Nukul to Mcneal AG<br>Ashley's Pics | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 56 | **WIRETAP OF 202-445-9523**<br>**INTERCEPTED TEXT MESSAGES** | | |
| | Session 277 (07/21/11 )<br>949-887-5780 | | |
| | Session 290 (07/21/11)<br>949-887-5780 | | |
| | Session 294 (07/21/11)<br>949-887-5780 | | |
| | Session 295 (07/21/11)<br>949-887-5780 | | |
| | Session 299 (07/21/11)<br>949-887-5780 | | |
| | Session 856 (07/25/11)<br>949-887-5780 | | |
| | Session 1284 (07/27/11)<br>949-887-5780 | | |
| | Session 2161 (07/30/11)<br>949-887-5780 | | |
| | Session 2164 (07/30/11)<br>949-887-5780 | | |
| | Session 2165 (07/30/11)<br>949-887-5780 | | |
| | Session 2198 (07/30/11)<br>949-887-5780 | | |
| | Session 2256 (07/30/11)<br>949-887-5780 | | |
| | Session 2810 (08/01/11)<br>949-887-5780 | | |
| | Session 2811 (08/01/11)<br>949-887-5780 | | |
| | Session 2812 (08/01/11)<br>949-887-5780 | | |
| | Session 2813 (08/01/11)<br>949-887-5780 | | |
| | Session 2814 (08/01/11)<br>949-887-5780 | | |
| | Session 2871 (08/01/11)<br>949-887-5780 | | |
| | Session 2872 (08/01/11)<br>949-887-5780 | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| | Session 2879 (08/01/11)<br>949-887-5780 | | |
| | Session 2883 (08/02/11)<br>949-887-5780 | | |
| | Session 2884 (08/02/11)<br>949-887-5780 | | |
| | Session: 2885 (08/02/11)<br>949-887-5780 | | |
| | Session 2886 (08/02/11)<br>949-887-5780 | | |
| | Session 2897 (08/02/11)<br>949-887-5780 | | |
| | Session: 3395 (08/04/11)<br>949-887-5780 | | |
| | Session 3396 (08/04/11)<br>949-887-5780 | | |
| | Session 3397 (08/04/11)<br>949-887-5780 | | |
| | Session 3647 (08/05/11)<br>949-887-5780 | | |
| | Session 3650 (08/05/11)<br>949-887-5780 | | |
| | **SCREEN SHOTS FROM WEB PAGES** | | |
| 57 | Cityvibe - sexykimoraforeverwild.com<br>04/30/12 | | |
| 58 | Eros Guide Los Angeles<br>VIP Sexy Kimora Forever | | |
| 59 | sexykimoraforeverwild.com<br>04/30/12 | | |
| 60 | T.E.R. | | |
| 61 | Eros | | |
| 62 | Lust Photography | | |
| 63 | Classy DC Escorts Web Page<br>Disclaimer | | |
| 63A | Classy Web Page<br>Home Page | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 64 | Classy DC Escorts<br>Ladies for this week | | |
| 65 | Classy DC Escorts<br>Contact Us | | |
| 66 | Classy DC Escorts<br>Employment | | |
| 67 | Classy DC Escorts<br>New Client | | |
| 68 | Classy DC Escorts<br>05/24/11 | | |
| 69 | Classy DC Escorts<br>07/18/11 | | |
| 70 | Classy DC Escorts<br>07/20/11 | | |
| 71 | Sexy Sonya Lopez | | |
| 72 | Backpage.com | | |
| 72A | Backpage.com - Advertisement | | |
| | **MISCELLANEOUS RECORDS** | | |
| 73 | Cox Subscriber and IP Address<br>(USJC-0005-007) | | |
| 74 | Bank of America - Account Ending: 2262<br>(US03400-3523; US02781-2802) | | |
| 75 | Paypal records for Churchill<br>[BULK EXHIBIT] | | |
| 76 | Browser History for Churchill's MacBook Pro<br>1B-18 | | |
| | **COURT RECORDS** | | |
| 77 | Plea Documents - Kuraye Akuiyibo | | |
| 78 | Plea Documents - Otasowie Asuen | | |
| 79 | Plea Documents - Alafaka Patience Opuiyo | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| | **SEARCH WARRANT SCHOLARSHIP DRIVE, IRVINE, CA JANUARY 26, 2012** | | |
| 80 | MacBook Pro data [BULK EXHIBIT] | | |
| 81 | Portable Eternal Hard Drive Data [BULK EXHIBIT] | | |
| 82 | Image from MacBook Pro Lust Photography | | |
| 83 | Document from MacBook Pro - My Response to Special Interrogatories | | |
| 84 | Document from MacBook Pro - Declaration of Jennifer Churchill | | |
| | **SEARCH WARRANT - JENNIFERNUKUL@GMAIL.COM** | | |
| 85 | Application & Search & Seizure Warrant - Montgomery Co., MD (US07878-85) | | |
| | **CURRICULUM VITAE** | | |
| 86 | Declaration of Det. Dan FitzGerald, Montgomery County, MD Police Department | | |
| 87 | Curriculum Vitae of FBI Special Agent Warren Harvin | | |
| | **MISCELLANEOUS** | | |
| 88 | DC Classy Escorts - Organization Chart | | |
| 89 | CityVibe Advertisments - Sonya | | |

| EXHIBIT | DESCRIPTION | OFF | ADM |
|---|---|---|---|
| 90 | RedLight World | | |
| 91 | Original Photos & Retouched Photos [BULK EXHIBIT] | | |

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: /s/

Kimberly R. Pedersen
Patricia Haynes
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 837-8242
Email: kimberly.riley.pedersen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF and noticing the following:

Kerri L. Ruttenberg, Esq.
Counsel for Jennifer Churchill
Jones Day
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
phone 202-879-5419
fax 202-626-1700
kruttenberg@jonesday.com

By: /s/

Kimberly R. Pedersen
Patricia Haynes
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 837-8242
Email: kimberly.riley.pedersen@usdoj.gov