FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2012 JUN 11  P 4: 34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:12-CR-038 (LMB) |
| v. | ) | |
| | ) | Trial Date: June 18, 2012 |
| JENNIFER CHURCHILL, | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| Defendant. | ) | |

TRIAL EXHIBIT CUSTODY FORM

Government Exhibits 1 through 91, as designated on the Government's Trial Exhibit List filed this date were received on this 11th day of June, 2012.

*Kimberly R. Pedersen*
Signature of person receiving exhibits

---

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

*Kimberly R. Pedersen*
Signature person certifying