IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) CRIMINAL NO. 1:12CR38 |
| | ) |
| JENNIFER CHURCHILL, | ) |
| a/k/a Jennifer Nukul | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

The parties stipulate that the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

JENNIFER CHURCHILL, a/k/a JENNIFER NUKUL, the defendant, is a photo retoucher who at all times material to this Statement of Facts resided in California. Beginning in December 2009, CHURCHILL began retouching photographs sent to her via electronic mail by Classy DC Escorts, Model Elite, and DMV Indies. Classy DC Escorts, Model Elite, and DMV Indies were escort agencies operating in the Eastern District of Virginia and elsewhere. Classy DC Escorts, Model Elite, and DMV Indies used facilities of interstate commerce, including electronic mail, to promote, facilitate, and manage their operations, and maintained websites on which they advertised pictures of escorts.

On or about April 18, 2010, Otasowie Asuen, the owner/operator of Model Elite, sent an email from modelelite@yahoo.com to JENNIFER CHURCHILL at jennifernukul@gmail.com. Attached to the email were four photographs of scantily clad women. One of the photographs had the original photographer's mark (a copyright) written in red across the front of the photograph. CHURCHILL knew that the purpose of the copyright was to attribute credit for the

photograph to the photographer. In his email to CHURCHILL, Asuen asked her to "remove the photographer name that is written in red" on one of the pictures.

CHURCHILL had no reason to believe she had permission from the original photographer to remove his name from the photograph. Nevertheless CHURCHILL, with fraudulent intent, removed the copyright from the photograph and returned it later that same day to Asuen via email. CHURCHILL knew that removing the mark would be deceptive, and that anyone who saw the retouched photograph would not know the identity of the photographer, and may incorrectly conclude that a different photographer took the photograph.

The acts taken by the defendant, JENNIFER CHURCHILL, were done willfully and knowingly.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *Kimberly R. Pedersen*
Kimberly R. Pedersen
Assistant United States Attorney
Patricia Haynes
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Jennifer Churchill, and the United States, I hereby stipulate that the

2

above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Jennifer Churchill
Defendant

I am Jennifer Churchill's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Kerri Ruttenberg, Esquire
Attorney for Defendant