IN THE UNITED STATES DISTRICT
EASTERN DISTRITC OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Docket No: 1:12CR038 |
| ) | |
| KIANA MCKELVIN ) | Sentence Date: August 3, 2012 |
| Defendant. ) | |

## DEFENDANT'S FIRST SUPPLEMENT TO THE POSITION OF SENTENCING

Please find enclosed the following list of exhibits that are being submitted on behalf of our client, Kiana McKelvin, for her sentencing scheduled for August 3, 2012.

1. Character Letter from Gilbert McKelvin
2. Character Letter Reuben Jay Banks
3. Character Letter Angela McKelvin
4. Character Letter Ingrid Smith
5. Character Letter from Christopher Mitchell
6. Character Letter from Chawn Barnes

Respectfully submitted,

By: _____
JOHN A. BONETA, ESQ. No.36912
JAWERIA SIYAL, ESQ. No.82651
Attorneys for Defendant
258 N. Washington Street
Falls Church, VA 22046
Phone: 703-536-6166
Fax: 703-536-3296
jab@jboneta.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By: _____
JOHN A. BONETA, ESQ. No.36912
JAWERIA SIYAL, ESQ. No.82651
Attorneys for Defendant
258 N. Washington Street
Falls Church, VA 22046
Phone: 703-536-6166
Fax: 703-536-3296
jab@jboneta.com



Dear Judge,

First, my daughter and I would like to apologize for taking up your time today. Your honor, Kiana is my only daughter and I love her very dearly. There is nothing a father wouldn't do for his child. When they cry, you cry, when they hurt, you hurt, and that's why I'm here today. We learn from our past and, if you don't like where your past took you, you will never go there again. Our priest once said " You can't get to the future, until you get over your past". And she knows the road she traveled was not a pleasant one. With that in mind, I am certain she will never travel that path again. She has a very big heart and is a very caring person. You honor, her future is just a few steps away, she is going to school maintaining a 3.7 gpa and she works as an aerobics instructor and personal trainer. Please find it within your heart to give her that second chance at life and her goals.

Sincerely,

Gilbert McKelvin


EXHIBIT
2

To Whom It May Concern:

My sister, Kiana McKelvin is a sincerely a trustworthy person and one of the sweetest people I know. In spite of what she may be going through in these difficult times, she still tries to keep a smile and bring brightness to those around her. She's always worked really hard in school and her education means a lot to her. And as her brother, I know she understands where she went wrong and couldn't be more sorry. I am confident she will turn this around and work even harder to change this for the better. She has always been the one that never got in trouble even when we were kids. She is the person the entire family can count on for anything and has always been there for all of us.

Kiana has shown nothing but remorse for her actions in this unfortunate situation. She has focused more than ever on continuing to improve herself and to be a positive influence in the community. She has maintained being a full-time student and juggling three different jobs in pursuit to accomplish her dream of opening her own business. Kiana didn't just change recently; she has always been focused and extreme hard worker. This experience will strengthen her and I believe she can come out of this a much better person.

I would ask you to take into consideration Kiana's past, present, and future before imposing a sentence. She has never been in trouble with the law before, she has been a positive role model for my daughter with her strong work ethic and dedication. She is a caring individual with a lot to lose. I firmly believe if she were to be sent away to serve a jail term, it would completely wreck her life and everything she is working towards. I think she serves a more positive role in the community continuing her education and employment, rather than wasting away her talents in prison. Kiana had a very limited role and I beg the court to have mercy on my sister on this very important day.

Sincerely,

Reuben Jay Banks



Dear Judge,

Kiana McKelvin grew up as a sweet loving girl. She is always kind and considerate to others. She always give whatever she has to others before herself. She has the biggest heart especially when it comes to her friends and family. Kiana always try to find the good in a person and thinks she can change the bad or evil. She walks through life thinking she can change the world.

Kiana grew up in a loving home. She is the only girl along with her 2 brothers. Her father always worked 2 jobs and still does, to provide for her and her family. Her mother was so protected of her and her brothers, always trying to teach them the right things in life.

The love of her life are animals. I do mean all animals. She would sneak home a stray animal and hide it, just to give it a home. Today she has a big black Lab and a little Yorkie. She treats them like her kids as though they are human.

Kiana never got in any trouble through out her school years, or any other time. She always associated with good people. When she graduated from high school, she took full responsibility for herself and got a job teaching arobics and working for an insurance agency. From that day until now she has always worked 2 jobs. She was enrolled in college online as well, trying to decide what she wanted to do for her career. She was so determined to succeed, at the age of 24 years old, she bought a single home all by herself. Her family was so proud.

A few years later, she got married and pregnant with a child. Unfortunate at 7 months into her pregnancy, she lost the baby. A few months later, her marriage fell apart.

Kiana's weakness is when it comes to her friends. She has a heart of gold. When anyone asks anything of her, she can never say no. She always seems to trust people. I believe that's how she got in trouble with the law. It is not in her personality or nature to go against the law in any manner. She has never been in any trouble until now with the law. Through this incident, she has learned to be in control of herself and not let anyone influence her in any way.

Kiana realized her dream to become a chef. She is currently enrolled in the Art Institute of Culinary Arts. She has been working on getting her bachelors degree for the last 2 and a half years. She holds a 3.7 grade average today. She is still working 2 jobs and going to school at night. She works so hard to pay for her college with the help of financial aid. She is so persistent, she travels on the metro in the snow, cold and dark alone at night to attend school.

Judge, I hope you will consider what I've said and with your compassion give Kiana a second chance. I can assure you she will never get in any trouble again.

Thank you for taking the time to read my letter.

Sincerely,


Angela McKelvin (mother)



To The U.S. District Court,

Kiana McKelvin has been has been a devoted part of the Nichiren Shoshu Temple her entire life. She has devoted her life to practice and the helping others and has one of the kindest hearts I've ever encountered. To find out her recent problems with the law I was shocked. I could never imagine her causing harm to anyone intentionally and I know she is truly remorseful. She has shared emotional experiences with others to encourage them in finding their path in life. Knowing how sorry she is and how motivated she is to succeed and find her own path in life I am certain she will get through this and will never find herself in any situation such as this ever again. Please see the person we know and allow her the opportunity to make things right as they should be. Thank you for your time and consideration.

Sincerely,

Ingrid Smith
Nichiren Shoshu Temple



EXHIBIT 5

Thursday, August 2, 2012

To whom it may concern:

Ms. Kiana McKelvin has been a truly wonderful friend of mine since 1992. My family and I moved from New York, and joined Myosenji Temple, located in Silver Spring, Maryland, as practicing Nichiren Shoshu Buddhist practitioners. Kiana and her family have been devoted to their practice of Nichiren Shoshu and have been very supportive since I met them 20 years ago. I have always known her to be law-abiding as well as accepting of her own actions. I'm confident that she will grow tremendously from this obstacle she's endured and through her strong faith overcome with vigor. She is very family oriented and a beautiful spirit. Kiana McKelvin is trustworthy and someone I have always confided in. From her accomplishments in her education as a chef to taking very good care of her family, friends, and two dogs, she always puts herself after. If I could describe her in one word.....Humanitarian.

Sincerely,

Christopher L. Mitchell


EXHIBIT
6

To the United States Court Service:

Kiana asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Kiana, and about her future, and I want to try to make you feel the same way. I have known Kiana for 20+ years, and in that time I have seen her go through ups and downs, but all the while I have been convinced that she is an amazing soul at the core.

Kiana has made mistakes, and she is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, she needs you to give her an opportunity to get a second chance. I recognize that Kiana broke the law, and I do not believe that she should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this woman, and make a fair decision. This situation Kiana put herself in, is absolutely not in her character. I believe she made a poor decision, and judging her decisions over the years this was only a glitch. I completely see her learning from her mistake and moving forward with her life.

Kiana is balancing 3 jobs and school at the Art Institute for the past couple years to help transition into a new career field with hopes of opening her own business. Her dedication and determination has not been affected with this stressful time in her life. I just hope she can put this behind her and move forward with her dreams.

Best regards,

Chawn Barnes