**SENTENCING HEARING**                         Judge Leonie M. Brinkema
Date: 08/03/12                                  Reporter: A. Thomson
Start: 9:44am        End: 10:01am

**UNITED STATES of AMERICA**     CASE NUMBER: 1:12cr38-006
Vs.

KIANA CHERRIE MCKELVIN

Counsel/Govt.: Kim Pedersen     Counsel/Deft.: John Boneta
Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**         Upon Motion of [ ] Deft [ ] Govt
Offense Level: 16                  Court depart from G/L pursuant to:
Criminal History: I                [ ] USSG 5K1.1
Imprisonment Range: 21 to 27 months    [ ] USSG 5C1.2
Supervised Release Range: 1 to 3 years [ ] USSG 5K2.12
Restitution: $ na                  [ ] USSG 5H1.4
Fine Range: $ 5,000.00 to $ 50,000.00  [ ] _____
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**
BOP for __6__ months, with credit for time served
Supervised Release for __2__ Years
Supervised Probation for __na__ Years
Restitution: $ __na__ payable to _____
Fine: $ _na_ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $ 100.00 [ ]Satisfied [**X**] Due immediately
Fine/Costs Waived [**X**] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft's expense, w/leave as directed by Court.
 x  Deft. to remain drug free, In/Out patient treatment as directed.
     x Deft to pay all costs        x  Deft to waive privacy
 x  Deft. to participate in _mental health eval, meds &_ counseling as directed.
     x Deft to pay partial costs    x  Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment  ___Full-time education program
___ Drug Testing Waived
___ Other: _____
    _____

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility in __Alderson__.

___ Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [**X**] Self Surrender/Bond cont--**(not before 10/01/12)**

 Variant sentence, no crim convictions, background, cooperation w/govt, mental health component, clean record, age, role in offense, message sent