**SENTENCING HEARING**                Judge Leonie M. Brinkema
Date: __8/31/12__                     Reporter: __A. Thomson__
Start: __9:26am__   End: __9:56am__

# UNITED STATES of AMERICA     CASE NUMBER: __1:12cr38-002__
Vs.

  __OTASOWIE CHRISTOPHER ASUEN__

Counsel/Govt.: __P.Haynes/K.Pedersen__  Counsel/Deft.: __Nina Ginsberg__
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: __paragraph 56 to be removed from report__
**SENTENCING GUIDELINES:**           Upon Motion of [ ] Deft [ ] Govt
Offense Level: __20__                Court depart from G/L pursuant to:
Criminal History: _I_                 [ ] USSG 5K1.1
Imprisonment Range: _33_ to _41_ months (each count)   [ ] USSG 5C1.2
Supervised Release Range: _1_ to _3_ years (each count)  [ ] USSG 5K2.12
Restitution: $__na__                  [ ] USSG 5H1.4
Fine Range: $_7,500.00_ to $_1,454,386.00_    [ ] _____
Special Assessment: $_100.00_ per Count

**JUDGMENT of the COURT:**
BOP for __33__ mths each count, concurrent; with credit for time served on this case
Supervised Release for __3_ Years each count, concurrent
Supervised Probation for _na_____ Years
Restitution: $ __na_____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $_200.00_ [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___  Home Confinement for the first _____ days/months of supervision, at the deft's expense, w/leave as directed by Court.
x_  Deft. to remain drug free, In/Out patient treatment as directed.
    _x_ Deft to pay all costs       ____ Deft to waive privacy
___ Deft. to participate in _____ counseling as directed.
    ___ Deft to pay all/partial costs   ____ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
X_  Access to all financial information/records, waive privacy
___ No New Credit
___ No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ____Full-time education program
___ Drug Testing Waived
___ Other: _____
    _____

**RECOMMENDATION TO BOP:**

_x_  Deft. to be designated to a Facility in _Fort Dix, New Jersey_.

_x_  Residential Drug Abuse Treatment Program (RDAP)

___  Other: _____.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

 2pt f/role is proper, message to others, credit f/unblemished background, low end