IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

IN OPEN COURT

AUG 3 1 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:12CR038 |
| ) | |
| OTASOWIE CHRISTOPER ASUEN, ) | |
| aka Otas ) | |
| aka Gene, ) | |
| ) | |
| Defendant. ) | |

## SECOND CONSENT ORDER OF FORFEITURE
(Re: $16,044.09 seized from Apple Federal Credit Union account no. ending in 966)

WHEREAS, on June 7, 2012, a consent order was entered in which the defendant, Otasowie Christopher Asuen, agreed to the entry of a $727,193 money judgment, and to forfeit certain properties in partial satisfaction of the money judgment, including but not limited to a 2007 Aston Martin Vantage Gray, VIN: SCFBF03B37GC05824 (Dkt.#198).

WHEREAS, it was subsequently learned that the same 2007 Aston Martin had been sold at an auction in Florida, and $16,044.09 in proceeds from the sale was deposited into Apple Federal Credit Union account no. ending in 966, held in the name Osayiwen Asuen, brother of defendant Asuen.[1]

AND WHEREAS, the $727,193 money judgment has not been satisfied, and only a small percentage of the money judgment is expected to be satisfied from the defendant's assets that are currently pending criminal forfeiture.

---

[1] Funds in the amount of $16,044.09 were seized from Apple Federal Credit Union Account no. ending in 966, pursuant to a federal seizure warrant issued by this Court on June 28, 2012 (1:12SW554).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. In partial satisfaction of the $727,193 money judgment entered against the defendant, funds in the amount of $16,044.09 seized from Apple Federal Credit Union account no. ending in 966, held in name Osayiwens Asuen, are hereby forfeited to the United States of America as property that constitutes or is derived from proceeds traceable to the defendant's offense or as a substitute thereof, pursuant to 18 U.S.C. § 982(a)(1) or 21 U.S.C. § 853(p).

2. The Attorney General or a designee is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by defendant Asuen or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853(g).

3. The United States shall publish notice of this order and of its intent to dispose of the property one time in such manner as the Attorney General may direct, and to include publication on the government's Internet site, www.forfeiture.gov, and to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(1) & (2).

4. This Consent Order of Forfeiture is final as to defendant Asuen, and it shall be made part of his sentence and included in the Judgment in this case pursuant to Fed. R. Crim. P. 32.2(b)(4) and 21 U.S.C. § 853(a).

5. Any person, other than defendant Asuen, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to Fed. R. Crim. P. 32.2(c)(1) and 21 U.S.C. § 853(n)(2).

6. If no third party files a timely petition or if this Court denies and/or dismisses all third party petitions timely filed, this Consent Order shall become the Final Order of Forfeiture, and the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(7).

6. If this Court grants any third party rights, a Final Order of Forfeiture that amends this Consent Order as necessary to account for said third party rights, shall be entered pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(6).

Date: ~~July~~ _3/_, 2012.
August

WE ASK FOR THIS:

/s/ _____ 8/31/12
Leonie M. Brinkema
United States District Judge

Neil H. MacBride
United States Attorney

By: _Kimberly R. Pedersen_
Kimberly R. Pedersen
Assistant United States Attorney
Patricia M. Haynes
Assistant United States Attorney

_____
Otasowie Christopher Asuen
Defendant

_____
Nina J. Ginsberg
Counsel for the Defendant