Dear Judge Brinkema,

I am sorry to bother you but I am having trouble finding someone to take off of work to be able to drive me to Alderson on Tuesday the 2nd. I have researched Amtrak tickets, no dates are available Monday or Tuesday. The soonest is Wednesday at 11am putting me in Alderson at 5:33 pm. I would then take a cab to Alderson so I assume I can be there by 6pm Wednesday the 3rd.

Thankyou for your consideration.

Kiana

M Kehm

Case # 12CR 38

571 385-5008

2012 SEP 26 P 3:58
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA
FILED