IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED SEP 27 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 1:12cr38 (LMB) |
| KIANA CHERRIE McKELVIN, | ) |
| Defendant. | ) |

## ORDER

Defendant, acting <u>pro se</u>, has requested an extension of the time by which she must self-report to FCI Alderson to serve her sentence. Defendant states that she is "having trouble finding someone to take off of work" to drive her to Alderson on Tuesday, October 2, 2012, which is her reporting date. She also states that no Amtrak trains are available until Wednesday, October 3, 2012 and that she would not get to Alderson until 6:00 p.m. on October 3.

Defendant was alerted to her reporting date on August 17, 2012 by the Pretrial Services Officer supervising her bond. Having had more than six weeks to prepare for a timely self-surrender, there is no good reason why defendant cannot make the deadline set by the Bureau of Prisons. For these reasons, defendant's letter will be treated as a Motion to Continue Self-Reporting Date, which is DENIED, and it is hereby

ORDERED that the defendant report as directed to FCI Alderson on Tuesday, October 2, 2012. Failure to arrive on time may result in the defendant being charged with escape and will

be a violation of the Order Setting Conditions of Release entered on January 30, 2012, as amended on August 3, 2012.

The Clerk is directed to forward copies of this Order to counsel of record, United States Pretrial Officer Nicole Andrews, and the defendant pro se by telephone and mail.

Entered this 27th day of September, 2012.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

2