IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 1:12CR038 |
| ) | |
| KIANA CHERIE MCKELVIN ) | |
| ) | |

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE

COMES NOW the United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Kimberly Riley Pedersen, Assistant United States Attorney, and moves this Honorable Court for a reduction of the defendant's sentence. This motion is based on the defendant's substantial assistance under Fed. R. Crim. P. 35(b). A memorandum in support of this motion will be filed separately.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:   /s/
Kimberly Riley Pedersen
Assistant U.S. Attorney

<u>Certificate of Service</u>

      I hereby certify that on the 4<u>th</u> day of January, 2013, I filed the foregoing Motion for Sentence Reduction and Memorandum in Support of Motion with the clerk of the court via ECF which caused a copy to be sent to all parties, including counsel of record, John Bonetta.

By:    /s/_____
           Kimberly Riley Pedersen
           Assistant U.S. Attorney
           VSB 39004
           Attorney for the United States
           United States Attorney's Office
           2100 Jamieson Avenue
           Alexandria, Virginia 22314
           Tel: 703-299-3700
           Fax: 703-837-8242
           kimberly.riley.pedersen@usdoj.gov