IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case 1:12cr38 |
| ) | |
| NASSIM TABATABI, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF HEARING FOR ORDER TO CONDUCT DISCOVERY

The United States, by and through its attorneys, hereby notices for hearing the United States' Motion to Conduct Discovery on Friday, March 1, 2013, at 9 a.m. before United States District Judge Leonie M. Brinkema.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:     /s/
        _____
        Karen L. Taylor
        Assistant United States Attorney
        Attorney for the United States
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Aven;ue
        Alexandria, Virginia  22314
        Phone:  703-299-3700
        Fax:  703-299-3982
        karen.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

    Ryan Campbell, Esq.
    King, Campbell & Poretz, PLLC
    108 N. Alfred Street
    Alexandria, VA  22314
    Phone:  703-683-7070
    Fax:  703-652-6010
    ryan@kingcampbell.com

    Counsel for Defendant Nassim Tabatabi

    /s/
    _____
    Karen L. Taylor
    Assistant United States Attorney
    Attorney for the United States
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    Phone:  703-299-3700
    Fax:  703-299-3982
    karen.taylor2@usdoj.gov